with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LANGPORT TILE COMPANY, INC., Respondent, v. FRANK W. LIPP and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes to reverse and dismiss the complaint.

HENRY C. WELTZIEN and Others, Appellants, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LEWIS H. JOSEPH, Respondent, v. HENRY A. SCHATZKIN and Others, Appellants. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JEANETTE KONEMANN, Appellant, v. RAILWAY MAIL ASSOCIATION, Respondent. — Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there was a question of fact whether or not the act of the insured was intentional in bringing about his death. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LEO Y. CHERTOK, Respondent, v. E. GREENEBAUM CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MORRIS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HYMAN ROSEN, Appellant, v. IRENE A. HUBER, Individually and as Executrix of FREDERICK W. HUBER, Deceased, and GEORGE R. HENRY, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

R. C. SMITH REALTY CORPORATION, Appellant, v. JESSIE McCLURE McCORMACK and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS MARKIN, Respondent, v. J. VARNUM MOTT and WILLIAM H. SMITH, Appellants.— Judgment and orders appealed from granting motion for summary judgment and denying motion to amend answer reversed, with costs to the appellants. Order entered December 18, 1930, reversed, without costs, and motion for summary judgment denied, with ten dollars costs to the appellants, and motion for leave to serve an amended answer granted on payment of ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS MARKIN, Respondent, v. J. VARNUM MOTT and WILLIAM H. SMITH, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM F. DEEGAN v. NATHAN BENSKY and WILLIAM A. BLANK.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEIL CALLAHAN v. JOSEF ISRAELS, II, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAILING W. BARUCH and Another v. EMMA HEYMAN, Also Known as EMMA